UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THOMAS HOY AND
ELKE HOY,

                               Plaintiffs,

   -against-

THE INCORPORATED
VILLAGE OF BAYVILLE,
SPRINT SPECTRUM REALTY COMPANY, L.P.,
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                               Defendants.
-------------------------------------------------------------------X

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

10-CV-0094 (JFB) (AKT)

To:   Andrew J. Campanelli, Esq.
       623 Stewart Avenue, Suite 203
       Garden City, NY 11530
       Attorney for Plaintiffs

PLEASE TAKE NOTICE that upon the annexed affidavit of Brendan T. Carr in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court before Magistrate Judge A. Kathleen Tomlinson at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Brendan T. Carr, an associate with the firm of Wiley Rein LLP, and a member in good standing of the Bars of the District of Columbia and the State of Maryland, as attorney pro hac vice to argue or try this case in whole or in part as counsel for defendant, New York SMSA Limited Partnership. There are no pending disciplinary proceedings against Brendan T. Carr in any State or Federal court.

Respectfully submitted,

/s/
Richard S. Keenan, Esq. (RK 2182)

Amato & Associates, P.C.
666 Old Country Road, Suite 901
Garden City, New York 11530
*Attorney for Defendant New York SMSA
Limited Partnership d/b/a Verizon Wireless*

Dated: March 30, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THOMAS HOY AND
ELKE HOY,

                                 Plaintiffs,

  -against-

THE INCORPORATED
VILLAGE OF BAYVILLE,
SPRINT SPECTRUM REALTY COMPANY, L.P.,
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                                Defendants.
-----------------------------------------------------------------------X

**AFFIDAVIT OF BRENDAN T. CARR IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

10-CV-0094 (JFB) (AKT)

District of Columbia  )     ss:

Brendan T. Carr, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm Wiley Rein LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the District of Columbia and the State of Maryland.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

- 2 -

5.  Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for defendant, New York SMSA Limited Partnership.

_____
Brendan T. Carr

Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
bcarr@wileyrein.com
(202) 719-7003

Dated: March 30, 2010

Sworn to before me this 30th day of March 2010

_____
Notary Public

Cecelia M. Bakare
Notary Public, District of Columbia
My Commission Expires 9/14/2011



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRENDAN T. CARR

was on the 6TH day of NOVEMBER, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 15, 2010.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of December, 2005,

### Brendan Thomas Carr

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of March, 2010.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THOMAS HOY AND
ELKE HOY,

                              Plaintiffs,        **ADMISSION TO PRACTICE PRO HAC VICE**

  -against-                                           10-CV-0094 (JFB) (AKT)

THE INCORPORATED
VILLAGE OF BAYVILLE,
SPRINT SPECTRUM REALTY COMPANY, L.P.,
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                              Defendants.
----------------------------------------------------------------X

       The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Brendan T. Carr, is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant, New York SMSA Limited Partnership.

       An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

       This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

       The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

- 2 -

Dated:

                                                              _____
                                                              United States Magistrate Judge

cc:    Brendan T. Carr
        Wiley Rein LLP
        1776 K St., NW
        Washington, DC 20006

        Court File: 10-CV-0094

## Certificate of Service

I hereby certify that on March 30, 2010, copies of the forgoing documents were filed in this case via CM/ECF and mailed to the following persons via First Class mail unless otherwise noted:

Andrew J. Campanelli
Campanelli & Associates, P.C.
623 Stewart Avenue
Suite 203
Garden City, NY 11530
(516) 746-1600
*Attorney for Plaintiffs*

John J. Coughlin
Ré, Nielsen, Huber & Coughlin, LLP
36 North New York Avenue
Huntington, NY 11743
(631) 425-4100
*Attorney for Defendant Sprint Spectrum Realty Company, L.P. as successor-in-interest to Sprint Spectrum, L.P., and for Nextel of New York d/b/a Nextel Communications*

A. Ross Pearlson
Sills Cummis Epstein & Gross, PC
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
*Attorney for T-Mobile Northeast LLC, the successor-in-interest to Omnipoint Facilities Network 2, LLC*

Michael L. Cirrito
White, Cirrito & Nally, LLP
58 Hilton Avenue
Hempstead, NY 11550
(516) 292-1818
*Attorney for Defendant The Incorporated Village of Bayville*

The Honorable Joseph F. Bianco*
100 Federal Plaza
Courtroom 920
Central Islip, NY 11722
(631) 712-5670

Magistrate Judge A. Kathleen Tomlinson**
100 Federal Plaza
Courtroom 910
P.O. Box 9014
Central Islip, NY 11722-9014
(631) 712-5760

\* Courtesy copy sent by overnight delivery

\*\* Courtesy copy and originals of certificates of good standing sent by overnight delivery

Brendan T. Carr