UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THOMAS HOY AND
ELKE HOY,

                                       Plaintiffs,

                                                          **NOTICE OF MOTION**
            -against-                                     **TO ADMIT COUNSEL**
                                                          **PRO HAC VICE**

THE INCORPORATED
VILLAGE OF BAYVILLE,                                      **10-CV-0094 (JFB) (AKT)**
SPRINT SPECTRUM REALTY COMPANY, L.P.,
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                                       Defendants.
------------------------------------------------------------------------X

To:    Andrew J. Campanelli, Esq.
       623 Stewart Avenue, Suite 203
       Garden City, NY 11530
       Attorney for Plaintiffs

       PLEASE TAKE NOTICE that upon the annexed affidavit of Brendan J. Morrissey in

support of this motion and the Certificates of Good Standing annexed thereto we will move this

Court before Magistrate Judge A. Kathleen Tomlinson at the United States Courthouse for the

Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York for an Order allowing the

admission of Brendan J. Morrissey, an associate with the firm of Wiley Rein LLP, and a member

in good standing of the Bars of the District of Columbia and the State of Ohio, as attorney pro

hac vice to argue or try this case in whole or in part as counsel for defendant, New York SMSA

Limited Partnership.  There are no pending disciplinary proceedings against Brendan J.

Morrissey in any State or Federal court.

- 1 -

Respectfully submitted,

_s/_____
Richard S. Keenan, Esq. (RK 2182)

Amato & Associates, P.C.
666 Old Country Road, Suite 901
Garden City, New York 11530
*Attorney for Defendant New York SMSA*
*Limited Partnership d/b/a Verizon Wireless*

Dated: March 30, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

THOMAS HOY AND
ELKE HOY,

                         Plaintiffs,

                   -against-

THE INCORPORATED
VILLAGE OF BAYVILLE,
SPRINT SPECTRUM REALTY COMPANY, L.P.,
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                         Defendants.

------------------------------------------------------------------------X

**AFFIDAVIT OF
BRENDAN J.
MORRISSEY IN
SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

**10-CV-0094 (JFB) (AKT)**

District of Columbia  )     ss:

     Brendan J. Morrissey, being duly sworn, hereby deposes and says as follows:

1.     I am an associate with the law firm Wiley Rein LLP.

2.     I submit this affidavit in support of my motion for admission to practice pro hac

     vice in the above captioned matter.

3.     As shown in the Certificates of Good Standing annexed hereto I am a member in

     good standing of the Bars of the District of Columbia and the State of Ohio.

4.     There are no pending disciplinary proceedings against me in any State or Federal

     court.

- 1 -

5.    Wherefore your affiant respectfully submits that he be permitted to appear as

counsel and advocate pro hac vice in this one case for defendant, New York

SMSA Limited Partnership.

Brendan J. Morrissey

Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
bmorrissey@wileyrein.com
(202) 719-7163

Dated: March 30, 2010

Sworn to before me this 30ᵗʰ day of March 2010

Notary Public

Cecelia M. Bakare
Notary Public, District of Columbia
My Commission Expires 9/14/2011

- 2 -

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys.  I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Brendan John Morrissey

was admitted to the practice of law in Ohio on November 14, 2005; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 16th day of March, 2010.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRENDAN MORISSEY

was on the ___9TH___ day of ___APRIL, 2007___ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 15, 2010.

GARLAND PINKSTON, JR., CLERK

By: _C. h. Chales_
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THOMAS HOY AND
ELKE HOY,

                                    Plaintiffs,

   -against-

THE INCORPORATED
VILLAGE OF BAYVILLE,
SPRINT SPECTRUM REALTY COMPANY, L.P.,
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                                    Defendants.
------------------------------------------------------------------------X

**ADMISSION TO
PRACTICE PRO HAC
VICE**

**10-CV-0094 (JFB) (AKT)**

     The motion for admission to practice pro hac vice in the above captioned matter is

granted. The admitted attorney, Brendan J. Morrissey, is permitted to argue or try this particular

case in whole or in part as counsel or advocate for defendant, New York SMSA Limited

Partnership.

     An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney

admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When

paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

     This Order confirms your appearance as counsel in this case, and it will be entered on the

Court's docket. A notation of your admission pro hac vice for the above listed case will be made

on the roll of attorneys.

- 1 -

The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in

this case.

Dated:

_____
United States Magistrate Judge

cc:    Brendan J. Morrissey
       Wiley Rein LLP
       1776 K St., NW
       Washington, DC 20006

       Court File: 10-CV-0094

## Certificate of Service

I hereby certify that on March 30, 2010, copies of the forgoing documents were filed in this case via CM/ECF and mailed to the following persons via First Class mail unless otherwise noted:

Andrew J. Campanelli
Campanelli & Associates, P.C.
623 Stewart Avenue
Suite 203
Garden City, NY 11530
(516) 746-1600
*Attorney for Plaintiffs*

John J. Coughlin
Ré, Nielsen, Huber & Coughlin, LLP
36 North New York Avenue
Huntington , NY 11743
(631) 425-4100
*Attorney for Defendant Sprint Spectrum Realty Company, L.P. as successor-in-interest to Sprint Spectrum, L.P., and for Nextel of New York d/b/a Nextel Communications*

A. Ross Pearlson
Sills Cummis Epstein & Gross, PC
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
*Attorney for T-Mobile Northeast LLC, the successor-in-interest to Omnipoint Facilities Network 2, LLC*

Michael L. Cirrito
White, Cirrito & Nally, LLP
58 Hilton Avenue
Hempstead, NY 11550
(516) 292-1818
*Attorney for Defendant The Incorporated Village of Bayville*

The Honorable Joseph F. Bianco*
100 Federal Plaza
Courtroom 920
Central Islip, NY 11722
(631) 712-5670

Magistrate Judge A. Kathleen Tomlinson**
100 Federal Plaza
Courtroom 910
P.O. Box 9014
Central Islip, NY 11722-9014
(631) 712-5760

* Courtesy copy sent by overnight delivery

** Courtesy copy and originals of certificates of good standing sent by overnight delivery

Brendan T. Carr