**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
THOMAS HOY and ELKE HOY,

                                    Plaintiffs,

                    - against -

THE INCORPORATED VILLAGE
OF BAYVILLE, SPRINT SPECTRUM
REALTY COMPANY, L.P., as Successor in
Interest to SPRINT SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as
NEXTEL COMMUNICATIONS,
OMNIPOINT FACILITIES NETWORK 2, LLC,
 and NEW YORK SMSA LIMITED
PARTNERSHIP,

                                    Defendants.
------------------------------------------------------------X

                                    **ORDER**

                    CV 10-094 (JFB) (AKT)


**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        Attorney Brendan T. Carr is permitted to argue or try this case in whole or in part as

counsel or advocate. By April 9, 2010, Mr. Carr shall register for ECF.  Registration is available

online at the EDNY's homepage. Once registered, Mr. Carr shall file a notice of appearance and

ensure that he receives electronic notification of activity in this case.



                                            **SO ORDERED.**

Dated: Central Islip, New York
        March 31, 2010

                                    /s/ A. Kathleen Tomlinson
                                    A. KATHLEEN TOMLINSON
                                    U.S. Magistrate Judge