UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THOMAS HOY AND
ELKE HOY,

                        Plaintiffs,

                                                        **NOTICE OF**
                                                         **APPEARANCE**

        -against-

THE INCORPORATED
VILLAGE OF BAYVILLE,                                     **10-CV-0094 (JFB) (AKT)**
SPRINT SPECTRUM REALTY COMPANY, L.P.,
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                        Defendants.
------------------------------------------------------------------------X

To:     The Clerk of Court and all parties of record:

        Pursuant to the Court's March 31, 2010 Order [Doc. 25], the undersigned counsel,

Brendan T. Carr, has been authorized to argue or try this case in whole or in part, and I hereby

enter my appearance in this case as counsel for defendant New York SMSA Limited Partnership

d/b/a Verizon Wireless.

                                      Respectfully submitted,

                                      /s/ Brendan T. Carr
                                  Brendan T. Carr (admitted *pro hac vice* BC3689)
                                  Wiley Rein LLP
                                  1776 K Street, N.W.
                                  Washington, DC 20006
                                  Phone: (202) 719-7003
                                  Fax:   (202) 719-7049
                                  *Attorney for Defendant New York SMSA*
                                  *Limited Partnership d/b/a Verizon Wireless*

Dated: April 2, 2010

## CERTIFICATE OF SERVICE

I hereby certify that today, April 2, 2010, I filed the foregoing document in the above-captioned case via CM/ECF.  All counsel of record registered with the Court's CM/ECF system will receive an electronic copy of this document.  I have also served copies of the foregoing document on the following persons by First-Class mail, unless otherwise noted.

Andrew J. Campanelli
Campanelli & Associates, P.C.
623 Stewart Avenue
Suite 203
Garden City, NY 11530
(516) 746-1600
*Attorney for Plaintiffs*

John J. Coughlin
Ré, Nielsen, Huber & Coughlin, LLP
36 North New York Avenue
Huntington , NY 11743
(631) 425-4100
*Attorney for Defendant Sprint Spectrum Realty Company, L.P. as successor-in-interest to Sprint Spectrum, L.P., and for Nextel of New York d/b/a  Nextel Communications*

A. Ross Pearlson
Sills Cummis Epstein & Gross, PC
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
*Attorney for T-Mobile Northeast LLC, the successor-in-interest to Omnipoint Facilities Network 2, LLC*

Michael L. Cirrito
White, Cirrito & Nally, LLP
58 Hilton Avenue
Hempstead, NY 11550
(516) 292-1818
*Attorney for Defendant The Incorporated Village of Bayville*

The Honorable Joseph F. Bianco*
100 Federal Plaza
Courtroom 920
Central Islip, NY 11722
(631) 712-5670

* Courtesy copy sent by overnight delivery

_____/s/ Brendan Carr_____
Brendan T. Carr