UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THOMAS HOY AND
ELKE HOY,

                              Plaintiffs,

                                                      10-CV-0094
    -against-                                       (JFB) (AKT)

THE INCORPORATED
VILLAGE OF BAYVILLE,                                     **NOTICE OF**
SPRINT SPECTRUM REALTY COMPANY, L.P.,       **MOTION TO DISMISS**
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                              Defendants.
-------------------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS OF THE WIRELESS DEFENDANTS

      NOW COME Defendants Sprint Spectrum Realty Company, L.P. (as successor-in-interest to Sprint Spectrum, L.P.), Nextel of New York d/b/a Nextel Communications, T-Mobile Northeast LLC (as successor-in-interest to Omnipoint Facilities Network 2, LLC) d/b/a T-Mobile, and New York SMSA Limited Partnership d/b/a Verizon Wireless (collectively, the "Wireless Defendants") and jointly move this honorable Court to dismiss the captioned action pursuant to Federal Rule of Civil Procedure 12(b).

      For the reasons stated herein and in the accompanying Memorandum Of Law In Support Of The Wireless Defendants' Motion To Dismiss, the Plaintiffs have failed to state any claim against the Wireless Defendants upon which relief can be granted because: (1) their claims are barred by applicable limitations periods; (2) their claims are barred by the doctrine of collateral estoppel; (3) the Wireless Defendants' conduct does not violate the restrictive covenants at issue;

(4) federal law preempts their claims; (5) the Plaintiffs lack standing to enforce one of the restrictive covenants at issue; and (6) the Section 1983 due process claim fails as a matter of law.

For the foregoing reasons, the Wireless Defendants respectfully ask the Court to grant their motion and dismiss this action in its entirety and with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/   Alfred Amato | /s/ Joshua Turner |
| Alfred L. Amato (AA 2354) | Joshua S. Turner (*pro hac vice* JS 5778) |
| Richard S. Keenan (RK 2182) | Brendan T. Carr (*pro hac vice* BC 3689) |
| Amato & Associates, P.C. | Brendan J. Morrissey (*pro hac vice* BM 8800) |
| 666 Old Country Road, Suite 901 | Wiley Rein LLP |
| Garden City, New York 11530 | 1776 K Street, N.W. |
| (516) 227-6363 | Washington, DC 20006 |
| *Attorneys for Defendant New York SMSA Limited Partnership d/b/a Verizon Wireless* | (202) 719-4807 |
| | *Attorneys for Defendant New York SMSA Limited Partnership d/b/a Verizon Wireless* |
| /s/   John Coughlin | /s/ A. Ross Pearlson |
| John J. Coughlin (JC 2700) | A. Ross Pearlson (ARP 1277) |
| Ré, Nielsen, Huber & Coughlin, LLP | Sills Cummis Epstein & Gross, PC |
| 36 North New York Avenue | One Riverfront Plaza |
| Huntington , NY 11743 | Newark, NJ 07102 |
| (631) 425-4100 | (973) 643-7000 |
| *Attorney for Defendant Sprint Spectrum Realty Company, L.P. as successor-in-interest to Sprint Spectrum, L.P., and for Nextel of New York d/b/a  Nextel Communications* | *Attorney for T-Mobile Northeast LLC, the successor-in-interest to Omnipoint Facilities Network 2, LLC* |

May 24, 2010