# ATTACHMENT A



*State of New York*
*Court of Appeals*

*Stuart M. Cohen*
*Clerk of the Court*

*Clerk's Office*
*Albany, New York 12207*

Decided June 24, 2010

Mo. No. 2010-524
In the Matter of Madeleine
Petrara Perrin, et al.,
    Appellants,
   v.
Bayville Village Board, et al.,
    Respondents.

Motion for leave to appeal denied with one hundred dollars costs and necessary reproduction disbursements.

# State of New York
## Court of Appeals

*At a session of the Court, held at Court of Appeals Hall in the City of Albany on the twenty-fourth day of June, 2010*

**Present,** HON. JONATHAN LIPPMAN, *Chief Judge, presiding.*

---

Mo. No. 2010-524
In the Matter of Madeleine Petrara Perrin, et al.,
    Appellants,
  v.
Bayville Village Board, et al.,
    Respondents.

---

A motion for leave to appeal to the Court of Appeals in the above cause having heretofore been made upon the part of the appellants herein, papers having been submitted thereon and due deliberation having been thereupon had, it is

ORDERED, that the said motion be and the same hereby is denied with one hundred dollars costs and necessary reproduction disbursements.

*Stuart M. Cohen*
Stuart M. Cohen
Clerk of the Court