# EXHIBIT A

# (Hoy Affidavit From The *Perrin* Litigation)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------ x
MADELEINE PERRIN, ANGELO COTRONEO,
JOSEPH DIGENNARO, and JO-TINA DIGENNARO

                    Petitioners,

                                    Index No.: 07-009468

   -against-

BAYVILLE VILLAGE BOARD, VICTORIA SIEGEL,
as MAYOR, and in her individual capacity; TIMOTHY
J. HORGAN CAROL KENNEDY, JOHN LAURINE,
and DOUGLAS G. WATSON, as TRUSTEES OF
BAYVILLE VILLAGE and in their individual capacities;
and JAMES A. REILLY, ESQ., as VILLAGE ATTORNEY
OF BAYVILLE VILLAGE and in his individual capacity,

                    Respondents.

AFFIDAVIT IN OPPOSITION

New York SMSA Limited Partnership d/b/a Verizon Wireless,

                    Proposed Intervenor-Respondent
------------------------------------------------------------------ x

STATE OF NEW YORK   )
                              )ss.:
COUNTY OF NASSAU    )

      **THOMAS and ELLEN HOY**, being duly sworn, deposes and says:

      1.     We are a married couple who have live at 24 Cat Hollow Road in Bayville, across the street from the Bayville water tower.

      2.     We were never aware of the antennas on top of the Water Tower until they were removed and placed at the base of the tower during a period of sanding and painting from October 2005 through March 2006. Given the relatively new field of wireless

technology, we thought the antennas on the ground were equipment having to do with the water tower itself.

3. At this point we became aware that there were over 50 of these cell phone antennas approximately 100' from our house and 50' from the elementary school.

4. Even though the Village mails the residents a periodic newsletter informing us of different activities, we at no time were ever told or asked for input on the placement of the 50 or more antennas.

WHEREFORE, based on the foregoing, it is respectfully requested that this Court deny Verizon's Motion to Intervene.

_____
Thomas Hoy

_____
Ellen Hoy

Sworn before me this 21
day of January, 2008

_____
Notary Public

MADELEINE C PETRARA
Notary Public, State of New York
No. 02PE6142629
Qualified in Nassau County
Commission Expires March 20, 2010

2