## Certificate of Service

I hereby certify that on August 20, 2010, the foregoing Reply In Support Of The Wireless Defendants' Motion To Dismiss was filed in this case via CM/ECF and that copies were mailed to the following persons via First Class mail unless otherwise noted:

Andrew J. Campanelli
Campanelli & Associates, P.C.
623 Stewart Avenue
Suite 203
Garden City, NY 11530
(516) 746-1600
*Attorney for Plaintiffs*

Lawrence Ré
John J. Coughlin
Ré, Nielsen, Huber & Coughlin, LLP
36 North New York Avenue
Huntington , NY 11743
(631) 425-4100
*Attorneys for Defendant Sprint Spectrum Realty Company, L.P. as successor-in-interest to Sprint Spectrum, L.P., and for Nextel of New York d/b/a Nextel Communications*

A. Ross Pearlson
Sills Cummis Epstein & Gross, PC
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000
*Attorney for T-Mobile Northeast LLC, the successor-in-interest to Omnipoint Facilities Network 2, LLC*

Michael L. Cirrito
White, Cirrito & Nally, LLP
58 Hilton Avenue
Hempstead, NY 11550
(516) 292-1818
*Attorney for Defendant The Incorporated Village of Bayville*

The Honorable Joseph F. Bianco*
100 Federal Plaza
Courtroom 920
Central Islip, NY 11722
(631) 712-5670

* Courtesy copy sent for delivery by next business day mail.

    /s/
Brendan Carr (*pro hac vice* BC 3689)