

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

THOMAS HOY AND
ELKE HOY,

                                 Plaintiffs,

    -against-

THE INCORPORATED
VILLAGE OF BAYVILLE,
SPRINT SPECTRUM REALTY COMPANY, L.P.,
as Successor in Interest to SPRINT SPECTRUM, L.P.,
NEXTEL OF NEW YORK d/b/a as NEXTEL
COMMUNICATIONS, OMNIPOINT FACILITIES
NETWORK 2, LLC, and NEW YORK SMSA LIMITED
PARTNERSHIP,

                                 Defendants.
-----------------------------------------------------------------X

10-CV-0094
(JFB) (AKT)

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel on behalf of their respective clients that the above-captioned action be and the same hereby is dismissed with prejudice and without costs to any party.

Dated:    April 26, 2011

/s/Andrew J. Campanelli
Andrew J. Campanelli (4014)
CAMPANELLI & ASSOCIATES, P.C.
623 Stewart Avenue, Suite 203
Garden City, New York 11530
(516) 716-1600
*Attorneys for Plaintiffs*

/s/A. Ross Pearlson
A. Ross Pearlson (ARP 1277)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for T-Mobile Northeast LLC, the
Successor-in-interest to Omnipoint Facilities
Network 2, LLC*

/s/Alfred S. Amato
Alfred S. Amato (AA 2354)
Richard S. Keenan (RK 2182)
AMATO & ASSOCIATES, P.C.
666 Old Country Road, Suite 901
Garden City, New York 11530
(516) 227-6363
*Attorneys for Defendant New York SMSA Limited Partnership d/b/a Verizon Wireless*

/sJohn J. Coughlin
John J. Coughlin (JC 2700)
RÉ, NIELSEN, HUBER & COUGHLIN, LLP
36 North New York Avenue
Huntington, New York 11743
(631) 425-4100
*Attorneys for Defendant Sprint Spectrum Realty Company, L.P. as successor-in-interest to Sprint Spectrum, L.P., and for Nextel of New York d/b/a Nextel Communications*

/s/Joshua S. Turner
Joshua S. Turner (*pro hac vice* JS 5778)
Brendan T. Carr (*pro hac vice* BC 3689)
Brendan J. Morrissey (*pro hac vice* BM 8800)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-4807
*Attorneys for Defendant New York SMSA Limited Partnership d/b/a Verizon Wireless*

/s/James P. Nally
James P. Nally (JPN 4941)
WHITE, CIRRITO & NALLY, LLP
58 Hilton Avenue
Hempstead, New York 11550
(516) 292-1818
*Attorneys for Defendant BAYVILLE*

The Clerk of the Court shall close the case. 4/27/11

SO ORDERED

JOSEPH F. BIANCO
United States District Judge